BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>INNOVATIVE MAINTENANCE SOLUTIONS, INC.; UNITED STATES OF AMERICA; AND DOES 1-50<br><br>  Defendant | Case No. 2:14-cv-01207-TLN-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff filed and served this action on or about May 19, 2014.  Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading is due on or about July 21, 2014.  Pursuant to stipulation of the parties (Dkt. No. 5), Defendant Innovative Maintenance Solutions, Inc's, responsive pleading is due July 15, 2014.   There is a comparatively minor amount of money at issue in this matter, and the parties have been engaged in settlement communications and hope to resolve the matter on agreeable terms without further involvement of the Court.  Therefore, Plaintiff and Defendants, by and through their respective counsel, and pursuant to Local Rule 144(a), hereby stipulate and agree that Defendants shall have an extension of time within which to respond to Plaintiff's Complaint, up to and including September 15, 2014.

/////

/////

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**                                                              1

Respectfully submitted,

DATED:  July 14, 2014                    MURPHY, CAMPBELL, ALLISTON & QUINN


                                         By      */s/ Aerin Murphy*
                                              Aerin Murphy
                                              Attorney for Plaintiff

DATED:  July 14, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By:    */s/ Gregory T. Broderick*
                                              GREGORY T. BRODERICK
                                              Assistant United States Attorney

DATED:  July 14, 2014                    DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA


                                         By:    */s/ Angela Schrimp de la Vergne*
                                              ANGELA SCHRIMP de la VERGNE
                                              Attorneys for Defendant
                                              Innovative Maintenance Solutions, Inc.

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**                     2

1 **ORDER**

2 IT IS SO ORDERED.

4 Dated: July 14, 2014

Troy L. Nunley
United States District Judge